UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
MATTHEW FINCH and ERNST TEUFEL BEJARANO,    :
Individually and On Behalf of All Others Similarly        :
Situated,                                                               :
                                                                        :          25-CV-7939 (AS)
                                        Plaintiffs,           :
                                                                        :                ORDER
              -v-                                                :
                                                                        :
UNICOIN, INC. f/k/a TransparentBusiness, Inc.,        :
ALEXANDER KONANYKHIN, MARIA SILVINA         :
MOSCHINI, ALEJANDRO DOMINGUEZ, and           X
RICHARD DEVLIN,

                                        Defendants.

-----------------------------------------------------------------------

ARUN SUBRMANIAN, United States District Judge:

       Defendants in this action appear to be in default. Plaintiffs shall file any motion for
default judgment, in accordance with the Court's Individual Practices in Civil Cases (available at
https://nysd.uscourts.gov/hon-arun-subramanian), **within two weeks of the date of this Order**.
If Plaintiffs' counsel submits calculations in support of any motion for default judgment,
Plaintiffs' counsel shall also email native versions of the files with the calculations (i.e., versions
of the files in their original format, such as in ".xlsx") to Chambers at
SubramanianNYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is
filed, the Court will enter a further Order setting a deadline for any opposition and reply and
scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set
forth above, the case may be dismissed for failure to prosecute without further notice to the
parties.

       Plaintiffs shall electronically serve a copy of this Order on Defendants **within two
business days from the date of this Order** and shall file proof of such service **within three
business days of the date of this Order**.

       SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                                      _____
                                                       ARUN SUBRAMANIAN
                                                       United States District Judge