**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MATTHEW FINCH and ERNST TEUFEL
BEJARANO, Individually and On Behalf of
All Others Similarly Situated,

       Plaintiffs,

    v.

UNICOIN, INC. f/k/a TransparentBusiness,
Inc., ALEXANDER KONANYKHIN,
MARIA SILVINA MOSCHINI,
ALEJANDRO DOMINGUEZ, and
RICHARD DEVLIN,

       Defendants.

No. 1:25-cv-07939-AS

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SET ASIDE DEFAULT**

Pending before the Court is Defendant Unicoin, Inc.'s Unopposed Motion to Set Aside Default, filed on December 16, 2025. Upon considering the materials submitted by the parties and the arguments of counsel, and good cause appearing therefore, the Court hereby GRANTS the motion. The Default of Unicoin, Inc., entered on November 24, 2025 (ECF No. 14), is hereby set aside.

IT IS SO ORDERED.

Dated: __December 17, 2025__

                                       _____
                                       HON. ARUN SUBRAMANIAN
                                       United States District Judge